UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:10-CR-39-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | **ORDER** |
| | ) | |
| SEAN JONES | ) | |

For good cause shown, Defendant's Unopposed Motion to Continue the arraignment hearing set for Wednesday - July 28, 2010 term is hereby **GRANTED** and this matter is continued until September, 2010 term of court.

It is further **ORDERED** that any delay that results from this continuance is excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.

This the 28th day of July, 2010.

Terrence W. Boyle
United States District Judge