UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:10-CR-39-BO-1

UNITED STATES OF AMERICA )
)
v. ) **O R D E R**
)
SEAN MAURICE JONES )

For good cause shown, the government's unopposed motion to continue the sentencing hearing in the above-captioned case is granted. The sentencing hearing is hereby continued until this court's _March 2011_ term.

SO ORDERED, this _18_ day of January, 2011.

TERRENCE W. BOYLE
United States District Judge